UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENJAMIN JOE GIRON, | § | Case No. 20-31151-hcm |
| | § | |
| | § | Chapter 13 |
| Debtor. | § | |
| | § | |
| JOE T. MERAZ, | § | |
| | § | |
| Plaintiff, | § | Adversary No. 21-03002-hcm |
| | § | |
| v. | § | |
| | § | |
| BENJAMIN JOE GIRON, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STATEMENT REGARDING CONSENT

TO THE HONORABLE H. CHRISTOPER MOTT,
UNITED STATES BANKRUPTCY JUDGE:

**Joe T. Meraz**, the Plaintiff, submits this Statement Regarding Consent pursuant to L. Rule 9015(a)(2) and the Order Requiring Statement Regarding Consent entered in this adversary proceeding, and would show as follows:

1.     The Plaintiff consents to entry of final orders and a final judgment by the Bankruptcy Court in this adversary proceeding.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for Joe T. Meraz

By:  ___/s/ James W. Brewer_____
       James W. Brewer
       jbrewer@kempsmith.com
       Texas State Bar No. 02965200

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2021 a true and correct copy of this Statement has been served; 1) electronically via the Court's electronic notice, and 2) mailed by first class, U.S. mail to the party listed below.


    /s/ James W. Brewer
    James W. Brewer


Benjamin Joe Giron
5401 Montoya Dr.
El Paso, Texas 79932